**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 06 2019**

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_Joanne M. Greer_ , Plaintiff

v.

_University of Colorado_

_____ ,

_____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Joanne M. Greer, P.O. Box 154, Ft Collins Co 80522
(Name and complete mailing address)

970-825-2055, Greerj9@yahoo.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: University of Colorado, 1201 Larimer Street Denver Co 80204
(Name and complete mailing address)

(303)724-5000
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
(employment discrimination on the basis of race, color, religion, sex, or national origin)

X    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability) I have an autoimmune that was not diagnosed, I have currently been denied SSI. I will refile.

X    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
(employment discrimination on the basis of age)

X    Other: *(please specify)* Retaliation after calling owner. Race Compliance line on several issues.

X Threat of Termination when Plaintiff had FMLA approval for intermittent appointments

2

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: *Retaliation* I called Compliance line on several occasion also on that coworker was gossiping about affair. HIPPA violation

The conduct complained of in this claim involves the following: (*check all that apply*)

honesty of Supervisor, lack of communication

___ failure to hire                    ___ different terms and conditions of employment

___ failure to promote              ___ failure to accommodate disability

Director threatened _P_ termination of employment      _X_ retaliation

_P_ other: (*please specify*) gave a PIP when I had FMLA approval - I had plenty of leave for doctor's visits. All visits had been approved by Supervisor except one, she made me cancel - to Denver

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race          _X_ religion          ___ national origin          ___ age

___ color        ___ sex              ___ disability

Supporting facts:

The day I started my job, coworker was on the phone with "~~████~~" & was laughing! ~~████~~ is a White Supremacist who targeted me 18 years ago. I am Catholic. I contacted compliance on several occasions as what was stated in Code of Conduct. After that I was singled out. Cheryl Biderus can witness how others were given gifts & I was not. Supervisor lied on several occasions & lacked proper communication.

I told my supervisor I could not take calls from this family, she said send to her. Yet I was later the only one in call center. There were supposed to be 3 of us in call center.

3

CLAIM TWO: _Age discrimination_

The conduct complained of in this claim involves the following: *(check all that apply)*

____ failure to hire          ____ different terms and conditions of employment

_X_ failure to promote          ____ failure to accommodate disability

____ termination of employment          ____ retaliation

_X_ other: *(please specify)* _I was given a .13/hour raise_

Defendant's conduct was discriminatory because it was based on the following: *(check all that apply)*

____ race          ____ religion          ____ national origin          _X_ age

____ color          ____ sex          ____ disability

Supporting facts:

Coworker hired after me that I helped trained was promoted before me. She was much younger. I was asked by supervisor to keep track of my mistakes or any others & see. Our next meeting I showed spreadsheet showing many more mistakes by the coworker that was promoted to front desk & others. Supervisor told me none of the doctors wanted me to schedule for them. Never come to me with errors.

Never twice maybe come with error & I fixed it always communicated

| Click Here for Additional Claim |

4

CLAIM ~~TWO:~~ Three discriminatory for race

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote                 ____ failure to accommodate disability

____ termination of employment          ____ retaliation

X other (*please specify*) failure to honor leave for domestic violence situation including a minor child.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X race                    ____ religion              ____ national origin          ____ age

____ color               ____ sex                   ____ disability

Supporting facts: I had asked & received FMLA leave to help take care of my daughter Jaelyn Greer and grandson who were in a domestic violence situation. I had set up a stay at the Aurora UCH hospital for Jaelyn to get treatment for PTSD. They requested doctor's notes which we felt was a HIPPA violation for Jaelyn and a minor child. This was not honored by Pulmonology & they knew the situation. Supervisor did not care.

Click Here for Additional Claim

4

## STATEMENT

I, Joanne M. Greer, would like to add to this case that when reporting a HIPPA violation from my coworker, Barb Hancock, I also shared on a message that Barb was spreading gossip about Dr. Petrun having an affair with a coworker, Amy Conlon. I do feel this was also part of the retaliation I received. Barb told me they had been under review at an earlier date also. Later, Dr. Petrun was no longer taking appointments and possibly retiring, when he had just gotten on board with a  new surgery procedure for sleep apnea. Amy, also, left her position for another job not within UCHealth.

Originally, out of respect, I did not bring up this situation, but feel the need to now.

I also had requested FMLA leave to help take care of my daughter, Jaclyn Greer, and grandson, which was approved, but they wanted doctor's notes and we felt this was a HIPPA violation for Jaclyn to have to share this. I withdrew this request. My grandson is half African American, and Jaclyn was in a domestic abuse situation. I feel certain staff are very racist in the Pulmonology clinic. This is a sensitive nature due to having a minor child involved. I do not feel UCHealth Pulmonology supported my situation in any way. Erica Dickson had her own agenda, and the needs of an employee with distressing events were not honored in any way.

Joanne M. Greer

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

☒ Yes  (*You must attach a copy of the administrative charge to this complaint*)

☐ No

Have you received a notice of right to sue? (*check one*)

☒ Yes  (*You must attach a copy of the notice of right to sue to this complaint*)

☐ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed
to identify the relief you are requesting, use extra paper to request relief.  Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."* I would like monetary reward for time
unemployed and $30,000 for other expenses.
50,000 reward or more for suffering & pain
caused during employment, or more if court
decides.

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
8-5-19
(Date)

(Revised December 2017)